JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TERESA E., | No. 2:24-cv-09571-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security,[1] | |
| Defendant. | |

In accordance with the Court's order reversing and remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), judgment is entered for Plaintiff.

DATED: May 16, 2025

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE

---

[1] Frank Bisignano, the newly confirmed Commissioner of Social Security, is substituted as defendant in this suit. *See* Fed. R. Civ. P. 25(d).

-1-